UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO.10-10704-PBS

**MARIA MEDEIROS,**
    **Plaintiff,**

**v.**

**MICHAEL SILVA,**
    **Defendant.**

## ANSWER AND JURY CLAIM OF DEFENDANT, MICHAEL SILVA

The defendant, Michael Silva hereby answer the plaintiff's complaint as follows:

### INTRODUCTION

1. The defendant neither admits nor denies the allegations contained in paragraph 1 as same is a statement of introduction. To the extent factual allegations are asserted therein, the defendant denies same.

2. The defendant neither admits nor denies the allegations contained in paragraph 2 as same is a statement of introduction. To the extent factual allegations are asserted therein, the defendant denies same.

### JURISDICTION

3. The defendant neither admits nor denies the allegations contained in paragraph 3 as same is a statement of jurisdiction. To the extent factual allegations are asserted therein, the defendant denies same.

### PARTIES

4. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 4.

5. The defendant admits the allegations contained in paragraph 5.

### FACTS

6. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 6.

7. The defendant admits the allegations contained in paragraph 7.

8. The defendant denies the allegations contained in paragraph 8.
9. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 9.
10. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 10.
11. The defendant has insufficient information to either admit or deny the allegations contained in paragraph 11.
12. The defendant denies the allegations contained in paragraph 12.
13. The defendant denies the allegations contained in paragraph 13.
14. The defendant denies the allegations contained in paragraph 14.
15. The defendant denies the allegations contained in paragraph 15.
16. The defendant denies the allegations contained in paragraph 16.
17. The defendant denies the allegations contained in paragraph 17.
18. The defendant denies the allegations contained in paragraph 18.
19. The defendant denies the allegations contained in paragraph 19.
20. The defendant denies the allegations contained in paragraph 20.
21. The defendant denies the allegations contained in paragraph 21.
22. The defendant denies the allegations contained in paragraph 22.
23. The defendant denies the allegations contained in paragraph 23.
24. The defendant admits the allegations contained in paragraph 24.
25. The defendant admits the allegations contained in paragraph 25.
26. The defendant admits only that the plaintiff was arraigned in court on the charges. The defendant denies the remaining allegations contained in paragraph 26.
27. The defendant denies the allegations contained in paragraph 27.

## COUNT I

## 42 USC § 1983, FOURTH AMENDMENT

28. The defendant reasserts his responses in paragraphs 1-27 as if specifically restated herein.
29. The defendant denies the allegations contained in paragraph 29.
30. The defendant denies the allegations contained in paragraph 30.
31. The defendant denies the allegations contained in paragraph 31.

32. The defendant denies the allegations contained in paragraph 32.

33. The defendant denies the allegations contained in paragraph 33.

34. The defendant denies the allegations contained in paragraph 34.

## COUNT II

### MASSACHUSETTS CIVIL RIGHTS ACT, MGL CH. 11 §12

35. The defendant reasserts his responses in paragraphs 1-34 as if specifically restated herein.

36. The defendant denies the allegations contained in paragraph 36.

37. The defendant denies the allegations contained in paragraph 37.

## COUNT III

### CLAIM UNDER MASSACHUSETTS LAW FOR FALSE IMPRISONMENT

38. The defendant reasserts his responses in paragraphs 1-37 as if specifically restated herein.

39. The defendant denies the allegations contained in paragraph 39.

40. The defendant denies the allegations contained in paragraph 40.

## COUNT IV

### CLAIM UNDER MASSACHUSETTS LAW FOR TORT OF ASSAULT AND BATTERY

41. The defendant reasserts his responses in paragraphs 1-40 as if specifically restated herein.

42. The defendant denies the allegations contained in paragraph 42.

43. The defendant denies the allegations contained in paragraph 43.

## COUNT V

### CLAIM UNDER MASSACHUSETTS LAW FOR MALICIOUS PROSECTION

44. The defendant reasserts his responses in paragraphs 1-43 as if specifically restated herein.

45. The defendant denies the allegations contained in paragraph 45.

46. The defendant denies the allegations contained in paragraph 46.

47. The defendant denies the allegations contained in paragraph 47.

WHEREFORE, the defendant requests judgment in his favor together with costs and attorneys fees.

### DEMAND FOR JURY TRIAL

The defendant requests a trial by jury on all counts of plaintiff's complaint.

## AFFIRMATIVE DEFENSES

**First:**

The plaintiff has failed to effectuate service of process upon the defendant.

**Second:**

The plaintiff has failed to commence this action within the applicable statute of limitations and thus the claims must be dismissed.

**Third:**

The plaintiff has failed to state a claim for which relief may be granted.

**Fourth:**

The individual defendant acted objectively reasonably under the circumstances and thus is qualifiedly immune from liability.

**Fifth:**

Any alleged injuries or damages allegedly sustained by the plaintiff were caused by her own intentional and/ or criminal conduct.

**Sixth:**

Any alleged injuries or damages allegedly sustained by the plaintiff were caused by a person or persons for whom the defendant is not legally responsible.

**Seventh:**

The defendant acted with probable cause and legal justification.

**Eighth:**

The individual defendant was acting at all times in the performance of a discretionary function.

        Defendant, Michael Silva,
by his attorney,

/s/ Douglas I. Louison
Douglas I. Louison   (BBO# 545191)
Louison, Costello, Condon & Pfaff, LLP
67 Batterymarch Street
Boston, MA 02110
Dlouison@lccplaw.com
(617) 439-0305

**CERTIFICATE OF SERVICE**

    I, Douglas I. Louison, hereby certify that on the 2nd day of July, 2010, I served the foregoing by causing a copy to be directed to: **Myong Joun,** Joun Law Office, 420 Harvard Street, Brookline, MA 02446.

/s/ Douglas I. Louison
Douglas I. Louison